UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

               Plaintiff,

-against-

Juan A. Bermudez,

               Defendant.

---

7:17-MJ-8003(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on May 23, 2018, accepted the defendant's plea of guilty to 509.1 of the V.T.L., Unlicensed Operation, in full satisfaction of the Misdemeanor Complaint filed on October 27, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $50.00 to be paid by June 20, 2018.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge